GRACE A. BAILEY *vs.* INHABITANTS OF THE TOWN OF ALNA.

Lincoln County. Decided March 11, 1914. At the December Term, 1913, of the Law Court, the following docket entry was made: "In writing. Defendant's brief by February 15, 1914, or motion over-ruled." The time within which this order of court was to be complied with having expired, it is ordered that the motion be over-ruled for want of prosecution. *Chas. L. Macurda and A. S. Littlefield,* for plaintiff. *W. M. Hilton and W. H. Newell,* for defendant.

---

PHEBE SNOWMAN, In Equity, *vs.* MILTON W. HERRICK, et als.

MERRILL C. HERRICK, In Equity, *vs.* PHEBE SNOWMAN, et als.

Hancock County. Decided April 29, 1914. These cases are founded upon the same evidence and embrace the same transactions, and relate to the property demised and bequeathed by the will of Merrill C. Herrick, late of Penobscot, Hancock County, deceased, who was the father of all the parties to the suits. The case of *Phebe Snowman* v. *Milton W. Herrick, et als.,*—Bill dismissed with costs.

In case of *Merrill C. Herrick* v. *Phebe Snowman, et als.,*—Bill dismissed with costs. *Coggan & Coggan & Dillaway,* for Phebe Snowman, et als. *Montgomery & Emery,* for Merrill C. Herrick. *Forrest B. Snow,* for Milton W. Herrick, et als.